# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant*. | Civil Action No. 18-2433 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel P. Schaefer as counsel of record for Defendant in the above-captioned case.

February 6, 2019

Respectfully submitted,

 /s/ Daniel P. Schaefer
DANIEL P. SCHAEFER
D.C. BAR 996871
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2531
Daniel.Schaefer@usdoj.gov