**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MAGGIE LEWIS-BUTLER** | : |
|     **Plaintiff,** | : |
|     v. | :    Case No. 1:18-cv-02433-CKK |
| **UNITED STATES OF AMERICA** | : |
|     **Defendant.** | : |

**STATEMENT OF PLAINTIFF'S COUNSEL**
**CONCERNING INITIAL SCHEDULING CONFERENCE**

Pursuant to the Court's Order from earlier today, undersigned Plaintiff's counsel provides the following information: Plaintiff's counsel apologizes to the Court for failing to appear at the Initial Scheduling Conference at 1:00 p.m. today. At approximately 11:30 a.m. this morning, I deliberately had an early lunch in anticipation of leaving the office at 12:15 p.m. to travel to Court. Following a quick lunch, I began to work on two unrelated matters and simply became wrapped up in those matters, and at 2:00 p.m. suddenly realized I had missed the Initial Scheduling Conference. At that point, I immediately phoned chambers and explained that I had inadvertently missed the Initial Scheduling Conference.

Counsel again offers his apology to the Court and to opposing counsel for any inconvenience caused by this inadvertent conduct.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

> Respectfully submitted,
>
> REGAN ZAMBRI LONG PLLC
>
> By: /s/ *Patrick M. Regan*
> Patrick M. Regan     #336107
> pregan@reganfirm.com
> 1919 M Street, N.W., Suite 350
> Washington, D.C. 20036
> PH: (202) 463-3030
> FX: (202) 463-0667
> *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2019 a copy of the Statement of Plaintiff's Counsel Concerning Initial Scheduling Conference was electronically filed and served on:

> Daniel P. Schaefer, Esquire
> Assistant United States Attorney
> 555 4th Street, N.W.
> Washington, D.C. 20530
> Daniel.Schaefer@usdoj.gov
> *Counsel for Defendant USA*

> /s/ *Patrick M. Regan*
> Patrick M. Regan