UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAGGIE LEWIS-BUTLER,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA,

    *Defendant*.

Civ. A. No. 18-2433 (CKK)

## ORDER

Upon consideration of Defendant's consent motion for enlargement of the summary judgment briefing schedule, the Court hereby modifies the briefing schedule for Defendant's motion for summary judgment as follows: Defendant shall file its motion for summary judgment on or before May 14, 2020; Plaintiff shall file her opposition to Defendant's motion on or before June 15, 2020; and Defendant shall file its reply in support of its motion on or before July 9, 2020.

May 4, 2020
Date

/S/
Colleen Kollar-Kotelly
United States District Judge