# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER,<br>    Plaintiff<br>  v.<br>UNITED STATES OF AMERICA,<br>    Defendant | Civil Action No. 18-2433 (CKK) |

**ORDER**
(August 9, 2022)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 9th day of August 2022 **ORDERED** that Defendant's [23] Motion for Summary Judgment is **DENIED.**

**SO ORDERED.**

                                                          /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge