# Christopher J. Regan

| | |
|---|---|
| **From:** | Christopher J. Regan |
| **Sent:** | Friday, September 9, 2022 5:17 PM |
| **To:** | 'Schaefer, Daniel (USADC)' |
| **Cc:** | Patrick M. Regan; Ellen Kerns; Frances McDonald; Haessly, Mia |
| **Subject:** | RE: [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9 |

Got it.  No problem, and I'll get something filed tonight.

Chris


**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Friday, September 9, 2022 3:58 PM
**To:** Christopher J. Regan <CRegan@reganfirm.com>
**Cc:** Patrick M. Regan <PRegan@reganfirm.com>; Ellen Kerns <ekerns@ReganFirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** Re: [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Chris
The parties are in agreement to mediate for the next 60 days. If at the end of 60 days your client is dissatisfied with the progress and wants to break from the mediation and request a trial schedule that will be up to her and defendant's proposed schedule does not preclude her from doing that. If you want to ask the court today to set a final status conference as stated in #2 of your first draft we think that's premature. You are free to request that on behalf of plaintiff but we're not going to join that part of your proposal for the reasons I've stated.
Dan

Sent from my iPhone

> On Sep 9, 2022, at 11:00 AM, Christopher J. Regan <CRegan@reganfirm.com> wrote:
>
>
> Hi Dan,
>
> The "final status conference" is something described in one of Judge Kollar-Kotelly prior minute
> orders.  And no worries—just buzz me whenever and I can point you to the relevant docket entries.
>
> And I understand your point about it perhaps not being feasible to schedule mediation within 60 days.  If
> we can't, we can't.  But if that is the case, then Plaintiff would prefer to get on a pretrial schedule.  Even
> outside the bounds of formal mediation, we would of course remain open to informal settlement
> discussions—I think we can all agree that neither liability nor damages are particularly complicated in
> this case.

Best,

Chris

**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Friday, September 9, 2022 10:28 AM
**To:** Christopher J. Regan <CRegan@reganfirm.com>; Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

I am just wrapping up a call. I am not sure what you mean by a "final status conference" but I think the court will be more amenable to defendant's scheduling proposal, and we plan to stick with that. As I have explained, defendant has no objection to trying to get a date scheduled for a mediation session within the 60-day stay period. Whether that happens or not is most dependent on the assigned magistrate's availability during that period. Based on my recent experience, I am not optimistic that the magistrate will have a date to offer w/in the next 60 days. Perhaps if we are assigned to Judge Upadhyaya she may have more scheduling flexibility because she was only recently appointed. But I think it's unlikely we will have the mediation completed w/in 60 days and even less likely the district judge is going to order the parties to conduct a mediation session w/ a magistrate within the next 60 days, as stated in your draft. That is all to say that if you want to go back to the way you had it in your first draft, we'll need to offer alternative scheduling proposals. I am available between now and 1130 if you want to discuss further by phone.

Dan

Daniel P. Schaefer
202-252-2531

**From:** Christopher J. Regan <CRegan@reganfirm.com>
**Sent:** Friday, September 9, 2022 10:17 AM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>; Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Hi Dan,

I just called but got your voicemail. Please give me a call back at your convenience so we can discuss and finalize this.

If it is helpful to know in advance, the long and short of it is that while I don't mind any formatting/somewhat non-substantive changes you wish to make, we cannot agree to anything that does not include ¶ 2 from the draft I sent you. We have every hope that this is a case that can be

2

resolved through mediation.  However, our client is 81 years old and this case has been pending a long time.  We need a firm date on the calendar for the final status conference—I have no latitude to negotiate on that point.

Looking forward to speaking with you,

Chris


**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Thursday, September 8, 2022 8:06 PM
**To:** Christopher J. Regan <CRegan@reganfirm.com>; Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Hi Chris,
See attached a revised version that includes our requested edits.  Feel free to give me a call tomorrow with any questions or concerns.
Dan

Daniel P. Schaefer
202-252-2531

---

**From:** Christopher J. Regan <CRegan@reganfirm.com>
**Sent:** Wednesday, September 7, 2022 9:49 AM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>; Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Good morning, Dan.  I hope you enjoyed the long weekend.  Just checking in on this.  When you get a chance, please let us know what you think.

Thank you,

Chris


**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

---

**From:** Christopher J. Regan
**Sent:** Thursday, September 1, 2022 12:29 PM
**To:** 'Schaefer, Daniel (USADC)' <Daniel.Schaefer@usdoj.gov>; Patrick M. Regan <pregan@reganfirm.com>

**Cc:** Ellen Kerns <ekerns@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Hi Dan,

Take a look at the attached and let us know what you think. Pat and I are in trial November 14-23 (hopefully we can wrap up on 11/22 so we don't push right up against Thanksgiving…), so I think there isn't really much difference between 60 and 90 days. Also, as you know, this case has been pending for a very long time. We want to be as accommodating as possible, but our client would like to avoid any unnecessary delay at this point.

Once you have looked over the draft, please feel free to give me a call to discuss it. Direct: 202-349-2824.

Best,

Chris

**Christopher J. Regan**
**Regan Zambri Long PLLC**
**t** (202) 349-2824
cregan@reganfirm.com

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Thursday, September 1, 2022 9:13 AM
**To:** Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Pat,
Smithsonian is fine with conducting the mediation by video. We suggest a 90-day stay because we think that is more realistic time frame to get a mediation scheduled with a magistrate judge. Please send me a draft when ready.

Thanks,
Dan

Daniel P. Schaefer
202-252-2531

**From:** Patrick M. Regan <PRegan@reganfirm.com>
**Sent:** Friday, August 26, 2022 4:37 PM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Dan, I was simply seeking to determine if the timetable was consistent with the agency's timetable and realize that we will be subject to the schedule of the mag-judge.

Patrick M. Regan
Board Certified Civil Trial Attorney
REGAN ZAMBRI & LONG, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036-3521
Direct ph: 202-822-1880
Fax 202-463-0667
pregan@reganfirm.com
Attorney profile
www.ReganFirm.com





THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Friday, August 26, 2022 4:08 PM
**To:** Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Pat,
I'll have to check w/ the agency on the timing issue and its position on your client attending remotely.  We could potentially agree to a 60-day stay, but the timing of the scheduling of the mediation will at least partly depend on the availability of the magistrate judge or circuit mediator (depending which way we go).

Dan

Daniel P. Schaefer
202-252-2531

**From:** Patrick M. Regan <PRegan@reganfirm.com>
**Sent:** Friday, August 26, 2022 4:04 PM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances

McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Dan, I appreciate your prompt response. We are comfortable with this approach assuming we can get a date on the calendar in the next 60 days for mediation. Does that timetable work on your end? If so, we can put together a short status report on Monday and file with the court.

Given Ms. Lewis Butler's state of residence, we would prefer to conduct this mediation remotely, as least as far as she is concerned. Please advise if that would pose any issues on your end. Enjoy the weekend. Pat

Patrick M. Regan
Board Certified Civil Trial Attorney
REGAN ZAMBRI & LONG, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036-3521
Direct ph: 202-822-1880
Fax 202-463-0667
pregan@reganfirm.com
Attorney profile
www.ReganFirm.com





THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Friday, August 26, 2022 3:23 PM
**To:** Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Fed. R. Evid. 408 Confidential Settlement Communication

Thanks,
Dan

Daniel P. Schaefer
202-252-2531

---

**From:** Patrick M. Regan <PRegan@reganfirm.com>
**Sent:** Monday, August 22, 2022 12:47 PM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** [EXTERNAL] RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Thanks Dan.  Hope you had a relaxing vacation.   Look forward to hearing from you when convenient.  Pat

Patrick M. Regan
Board Certified Civil Trial Attorney
REGAN ZAMBRI & LONG, PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036-3521
Direct ph: 202-822-1880
Fax 202-463-0667
pregan@reganfirm.com
Attorney profile
www.ReganFirm.com





THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND/OR CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.

---

**From:** Schaefer, Daniel (USADC) <Daniel.Schaefer@usdoj.gov>
**Sent:** Friday, August 19, 2022 12:53 PM
**To:** Patrick M. Regan <PRegan@reganfirm.com>
**Cc:** Ellen Kerns <ekerns@ReganFirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** RE: Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

Hi Pat,
I was out on leave through 8/16 when this decision came down, and now I see that Mia is out of the office on leave through 8/25.  We'll review and get back to you as soon as possible.  Thanks for the heads up on your travel schedule, we'll try to get back to you before the end of the month.
Dan

Daniel P. Schaefer
202-252-2531

**From:** Ellen Kerns <ekerns@ReganFirm.com>
**Sent:** Tuesday, August 16, 2022 9:37 AM
**To:** Schaefer, Daniel (USADC) <DSchaefer@usa.doj.gov>
**Cc:** Patrick M. Regan <PRegan@reganfirm.com>; Christopher J. Regan <CRegan@reganfirm.com>; Frances McDonald <FMcDonald@reganfirm.com>; Haessly, Mia <HaesslyM@si.edu>
**Subject:** [EXTERNAL] Lewis Butler v. US, Case No. 18-2433: Joint Status Report due September 9

**THE FOLLOWING EMAIL WAS DICTATED BY PATRICK REGAN**:

Dan:

In light of Judge Kollar-Kotelly's Order requiring a Joint Status Report by September 9, please discuss with the appropriate agency representative how you would like to proceed. I will be out of the country from September 1 through September 9 and therefore would like to finalize our report before the end of this month, if possible. I am happy to discuss further if that would be helpful.


Patrick M. Regan
Board Certified Civil Trial Attorney
REGAN ZAMBRI LONG PLLC
1919 M Street, N.W., Suite 350
Washington, DC 20036-3521
Direct Ph: 202-822-1880
Fax: 202-463-0667
pregan@reganfirm.com
Attorney profile
www.ReganFirm.com



*The information contained in this e-mail is privileged and confidential, and is intended only for the use of the named individual(s) to whom it is addressed. Any review, dissemination, distribution or copying of this communication by someone other than the intended addressee(s) is strictly prohibited. If you have received this communication in error, please immediately notify the sender. Thank you for your cooperation.*