UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MAGGIE LEWIS-BUTLER, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 18-2433 (CKK) |
| UNITED STATES OF AMERICA, | : | |
| Defendant. | : | |

### JOINT MOTION FOR REFERRAL TO MEDIATION AND
### SETTING STATUS HEARING TO SET PRETRIAL DEADLINES

Per the Court's August 9 Minute Order, the parties hereby submit the following joint request regarding mediation and pretrial deadlines.  The parties jointly request as follows:

1.    That the Court refer the parties to mediation with one of the Court's magistrate judges, to be conducted remotely via videoconferencing (Plaintiff resides in Florida) on a mutually agreed date between now and Friday, November 4.

2.    That the Court also set a final status conference—at which dates for the pretrial conference, motions *in limine*, *voir dire*, and trial will be set as described in the Court's March 12, 2020, Order—on one of the following dates:

   a.  November 7, 8, 9, 18, 28, or 30; or

   b.  December 1 or 2.

- 2 -

Dated:  September ▮▮, 2022

Respectfully submitted,

REGAN ZAMBRI LONG PLLC


By:   **/s/ *Patrick M. Regan***
  Patrick M. Regan  #336107
  pregan@reganfirm.com
  Christopher J. Regan #1018148
  cregan@reganfirm.com
  1919 M Street, NW, Suite 350
  Washington, DC 20036
  PH: (202) 463-3030
  FX: (202) 463-0667
  *Counsel for Plaintiff*

MATTHEW M. GRAVES #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:   **/s/ *Daniel P. Schaefer***
  Daniel P. Schaefer  #996871
  daniel.schaefer@usdoj.gov
  Assistant United States Attorney
  601 D Street, NW
  Washington, DC 20530
  PH: (202) 252-2531
  FX: (202) 252-2599
  *Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MAGGIE LEWIS-BUTLER, | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No. 18-2433 (CKK)** |
| UNITED STATES OF AMERICA, | : | |
| **Defendant.** | : | |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Referral to Mediation and Setting Status Hearing to Set Pretrial Deadlines, and it further appearing to the Court that the granting of this Motion is in the interest of justice and will not result in any undue delay in this litigation, it is this _____ day of _____, 2022;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the parties are hereby referred to attend mediation before one of this Court's magistrate judges before Friday, November 4, 2022; and it is further

ORDERED that if the case is resolved through mediation, the parties shall advise the Court within 48 hours by praecipe; and it is further

ORDERED that if the case is not resolved through mediation, the parties shall appear before the Court on _____ for a final status conference at which to set dates for the pretrial conference, motions *in limine*, *voir dire*, and trial.

Date: _____

_____
Colleen Kollar-Kotelly
United States District Judge

cc:    Patrick M. Regan, Esquire
        pregan@reganfirm.com
        Christopher J. Regan   #1018148
        cregan@reganfirm.com
        Regan Zambri Long PLLC
        1919 M Street, NW, Suite 350
        Washington, DC 20036
        *Counsel for Plaintiff*

        Daniel P. Schaefer, Esquire
        daniel.schaefer@usdoj.gov
        Assistant U.S. Attorney
        District of Columbia
        601 D Street, NW
        Washington, DC 20530
        *Counsel for Defendant*