**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MAGGIE LEWIS-BUTLER,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 18-2433 (CKK)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

### [PROPOSED] ORDER 2

Upon consideration of Plaintiff's Status Report and Motion to Set Final Status Hearing to Set Pretrial Deadlines, and it further appearing to the Court that the granting of this Motion is in the interest of justice and will not result in any undue delay in this litigation, it is this _____ day of _____, 2022;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the parties are hereby referred to attend mediation before one of this Court's magistrate judges before Friday, November 4, 2022; and it is further

ORDERED that if the case is resolved through mediation, the parties shall advise the Court within 48 hours by praecipe; and it is further

ORDERED that if the case is not resolved through mediation, the parties shall appear before the Court on _____ for a final status conference at which to set dates for the pretrial conference, motions *in limine*, *voir dire*, and trial.

Date: _____

_____
Colleen Kollar-Kotelly
United States District Judge