UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAGGIE LEWIS-BUTLER,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 18-2433 (CKK) |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant. | : | |

### JOINT MOTION FOR STAY OF PROCEEDINGS AND REFERRAL TO MEDIATION

Per the Court's August 9 Minute Order, the parties hereby submit the following joint request for stay of proceedings and referral to mediation. The parties jointly request that the Court:

1. Stay these proceedings for sixty days, and defer establishing a pre-trial schedule, to refer this matter to mediation with one of the Court's magistrate judges.

2. Direct the parties to file a joint status report on or before November 7, 2022, that includes recommendations from the parties on whether the Court should extend the stay of proceedings to allow the mediation to continue, or terminate the stay to establish a schedule for trial.

The parties intend to request that any mediation sessions with the magistrate judge be conducted remotely via videoconference because Plaintiff resides in Florida. Additionally, the parties plan to request that the assigned magistrate judge schedule the first mediation session within the next 60 days if the magistrate judge has the availability.

| | |
|---|---|
| Dated: September 9, 2022<br>          Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES |
| /s/ *Patrick M. Regan*<br>Patrick M. Regan    #336107<br>pregan@reganfirm.com<br>Christopher J. Regan  #1018148<br>cregan@reganfirm.com<br>1919 M Street, NW, Suite 350<br>Washington, DC 20036<br>PH: (202) 463-3030<br>FX: (202) 463-0667<br>Counsel for Plaintiff | D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:    /s/ *Daniel P. Schaefer*<br>DANIEL P. SCHAEFER,<br>D.C. Bar # 996871<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2531<br>Daniel.Schaefer@usdoj.gov<br><br>*Counsel for Defendant*<br>             3. |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**MAGGIE LEWIS-BUTLER,**            :

    **Plaintiff,**                  :

    **v.**                         :        Civil Action No. 18-2433 (CKK)

**UNITED STATES OF AMERICA,**        :

    **Defendant.**                  :

### [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Stay of Proceedings Referral to Mediation, and it further appearing to the Court that the granting of this Motion is in the interest of justice and will not result in any undue delay in this litigation, it is this _____ day of _____, 2022;

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that further proceedings in this case are STAYED until November 7, 2022; and it is further

ORDERED that this case is referred to Magistrate Judge _____ for mediation; and it is further

ORDERED that if the case is resolved through mediation, the parties shall advise the Court within 48 hours by praecipe; and it is further

ORDERED that if the case is not resolved through mediation within the next 60 days, the parties shall file a joint status report by November 7, 2022, that includes

recommendations from the parties on whether the Court should extend the stay of proceedings.

Date: _____

                                                  Colleen Kollar-Kotelly
                                                  United States District Judge

DRAFT