UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civ. A. No. 18-2433 (CKK)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

Upon consideration of the parties' respective status reports, and it further appearing to the Court that the granting of a stay of proceedings is in the interest of justice and will not result in any undue delay in this litigation, it is this _____ day of _____, 2022;

ORDERED that further proceedings in this case are STAYED until November 7, 2022; and it is further

ORDERED that this case is referred to Magistrate Judge _____ for mediation; and it is further

ORDERED that if the case is resolved through mediation, the parties shall advise the Court within 48 hours by filing a joint status report; and it is further

ORDERED that if the case is not resolved through mediation within the next 60 days, the parties shall file a joint status report by November 7, 2022, that includes recommendations from the parties on whether the Court should extend the stay of proceedings.

_____
Date

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge