# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER,<br>    Plaintiff<br>v.<br>UNITED STATES,<br>    Defendant | Civil Action No. 18cv2433 (CKK) |

**ORDER**
(September 13, 2022)

In their [33], [35] Status Reports, the parties indicated their consent to mediation. Accordingly, it is this 13th day of September, 2022, hereby

**ORDERED** that this case is randomly referred to a Magistrate Judge for mediation from September 13, 2022, through November 14, 2022. Counsel and parties, including persons with settlement authority, shall attend mediation.

SO ORDERED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge