# UNITED STATES DISTICT COURT
# FOR THE DISTRICT OF COLUMBIA

MAGGIE LEWIS-BUTLER,

*Plaintiff*,

v.

UNITED STATES OF AMERICA,

*Defendant*.

Civil Action No. 18-2433 (CKK)

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda González Horowitz as counsel for Defendant in the above captioned case substituting for Assistant United States Attorney Daniel P. Schaefer.

Respectfully submitted,

   /s/ *Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2512