## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAGGIE LEWIS-BUTLER,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 18-2433 (CKK)(MAU)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE MEDIATION

The parties, by and through their respective undersigned counsel, respectfully request that the Court extend the period for completion of settlement mediation until December 16, 2022.  In support their Motion, the parties state that the Assistant United States Attorney representing the government throughout the pendency of this case recently left the office and undersigned counsel has now entered her appearance on behalf of the United States. Counsel for the government will be in trial on the previous date scheduled for mediation (November 9, 2022), and the parties are therefore requesting that the period in which to complete mediation be extended through December 16, 2022. The parties are further requesting that the Court refer the parties to the Circuit mediation program, and that Jacob Leibowitz be appointed to mediate the case since Mr. Leibowitz is currently mediating a separate but similar case between the parties.

In further support of their Motion, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

Dated: October 21, 2022                    Respectfully submitted,

                                           REGAN ZAMBRI LONG PLLC


                                  By:   **/s/ _Patrick M. Regan_**
                                        Patrick M. Regan            #336107
                                        pregan@reganfirm.com
                                        Christopher J. Regan        #1018148
                                        cregan@reganfirm.com
                                        1919 M Street, NW, Suite 350
                                        Washington, DC 20036
                                        PH: (202) 463-3030
                                        FX: (202) 463-0667
                                        Counsel for Plaintiff


                                  By:   **/s/ _Brenda González Horowitz_**
                                        Brenda Gonzalez Horowitz    #1017243
                                        Brenda.Gonzalez.Horowitz@usdoj.gov
                                        Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        PH: (202) 252-2512
                                        *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October 2022, a copy of the foregoing Joint Motion to Continue Mediation, Memorandum of Points and Authorities in Support thereof and proposed Order were electronically filed and served on:

> Brenda Gonzalez Horowitz, Esquire
> Assistant United States Attorney
> 601 D Street, NW
> Washington, DC 20530
> Brenda.Gonzalez.Horowitz@usdoj.gov
> *Counsel for Defendant*
>
> David Wasserstein
> Law Clerk to the Honorable Moxila A. Upadhyaya
> U.S. District Court for the District of Columbia
> David_Wasserstein@dcd.uscourts.gov

*/s/ **Patrick M. Regan***
Patrick M. Regan

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAGGIE LEWIS-BUTLER,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **Civil Action No. 18-2433 (CKK)(MAU)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES
## IN SUPPORT OF JOINT MOTION TO CONTINUE MEDIATION

1.      In an Order dated September 13, 2022, the Court referred this case for mediation before a Magistrate Judge during the period from September 13-November 14, 2022.

2.      In an Order dated October 5, 2022, the Honorable Moxila A. Upadhyaya issued a Mediation Standing Order scheduling the case for Mediation on November 9 at 2:00 p.m.

3.      On October 12, 2022, undersigned counsel for the government filed a Substitution of Counsel entering her appearance as counsel for defendant. Previous counsel for the Defendant, former Assistant United States Attorney Daniel P. Schaefer, is no longer assigned to the case.  Current counsel for the government has a trial scheduled to begin on October 31, 2022, which is estimated to last approximately two weeks, and is therefore unable to mediate the case on that date as currently scheduled.

4.    Undersigned counsel for both parties are currently representing the parties in *Plotkin v. United States of America*, Civil Action No. 1:20-cv-02025-FYP, and that case is currently scheduled for mediation with Attorney Jacob Leibowitz on October 21, 2022. The claims asserted by the plaintiffs in the *Plotkin* and *Lewis-Butler* litigations are similar and arise out of similar circumstances.

5.    Given Mr. Leibowitz's familiarity with the legal and factual issues involved in the *Plotkin* litigation, the parties are respectfully requesting that they be referred to mediation through the Circuit's mediation program, and that Mr. Leibowitz be appointed to mediate the present action.

A proposed Order is attached.

Respectfully submitted,

REGAN ZAMBRI LONG PLLC


By:   /s/ *Patrick M. Regan*
      Patrick M. Regan          #336107
      pregan@reganfirm.com
      Christopher J. Regan      #1018148
      cregan@reganfirm.com
      1919 M Street, NW, Suite 350
      Washington, DC 20036
      PH: (202) 463-3030
      FX: (202) 463-0667
      Counsel for Plaintiff


By:   /s/ *Brenda González Horowitz*
      Brenda Gonzalez Horowitz   #1017243
      Brenda.Gonzalez.Horowitz@usdoj.gov
      Assistant United States Attorney
      601 D Street, NW

- 2 -

Washington, DC 20530
PH: (202) 252-2512
*Counsel for Defendant*