UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant | Civil Action No. 18-2433 (CKK) (MAU) |

**ORDER**
(October 21, 2022)

The Court is in receipt of the parties' [39] Joint Motion to Continue Mediation, wherein the parties request an extension of the period in which to complete mediation and also that the Court refer the parties to further mediation before Mr. Jacob Leibowitz through the Circuit Mediation Program. The parties are currently engaged in mediation before Magistrate Judge Moxila A. Upadhyaya. They indicate that a new counsel for the government recently made an appearance but will be in trial on the previous date scheduled for mediation. Additionally, the parties indicate that Mr. Jacob Leibowitz is currently mediating a separate but similar case between the parties. Accordingly, it is, this 21st day of October, 2022, hereby

**ORDERED** that the mediation period is extended through December 16, 2022.

It is further **ORDERED** that this action is referred to Mr. Jacob Leibowitz through the Circuit Mediation Program.

It is further **ORDERED** that counsel and the parties, including persons with settlement authority, shall attend each mediation session.

It is further **ORDERED** that, in the event the parties reach an agreement in principle to settle this action, in whole or in part, they shall promptly advise the Court.

**SO ORDERED.**

                                                                    /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge