UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Civ. A. No. 18-2433 (CKK) <br> ) |
| UNITED STATES OF AMERICA, | ) <br> ) |
| Defendant. | ) <br> ) |

## JOINT STATUS REPORT

Pursuant to the Court's November 16, 2022, Minute Order, the parties provide the following update regarding their mediation efforts in this action brought under the Federal Tort Claims Act ("FTCA").

The parties report that their mediation efforts were successful and that they have come to an agreement in principle on all material terms. The parties are finalizing the terms of their agreement, and once completed, the parties will dismiss the action. Because the parties' agreement has not yet been finalized, the parties request an additional thirty days to finalize and execute their written agreement. Accordingly, the parties propose that they file a status report with the Court by January 13, 2023, if a stipulation of dismissal has not yet been filed.

Dated: December 16, 2022

| | |
|---|---|
| By: /s/ *Patrick M. Regan*<br>Patrick M. Regan   #336107<br>pregan@reganfirm.com<br>Christopher J. Regan   #1018148<br>cregan@reganfirm.com<br>1919 M Street, N.W., Suite 350<br>Washington, DC 20036<br>Ph:  (202) 463-3030<br>Fx:  (202) 463-0667<br>*Attorney for Plaintiff* | MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Brenda Gonzalez Horowitz*<br>Brenda Gonzalez Horowitz<br>D.C. Bar 1017243<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Columbia<br>601 D Street, N.W.<br>Washington, D.C. 20530<br>Ph:  (202) 252-2512<br>Fx:  (202) 463-0667<br>brenda.gonzalez.horowitz@usdoj.gov<br>*Attorneys for the United States* |