### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MAGGIE LEWIS-BUTLER,** | : | |
| **Plaintiff,** | : | |
| v. | : | **Civil Action No. 18-2433 (CKK)** |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.


By:  /s/ *Patrick M. Regan*
    Patrick M. Regan          #336107
    pregan@reganfirm.com
    Christopher J. Regan    #1018148
    cregan@reganfirm.com
    1919 M Street, NW, Suite 350
    Washington, DC 20036
    PH:  (202) 463-3030
    Fx:  (202) 463-0667
    *Attorney for Plaintiff*

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ *Brenda Gonzalez Horowitz*
    Brenda Gonzalez Horowitz
    D.C. Bar 1017243
    Assistant United States Attorney
    U.S. Attorney's Office
    for the District of Columbia
    601 D Street, NW
    Washington, DC 20530
    PH:  (202) 252-2512
    brenda.gonzalez.horowitz@usdoj.gov
    *Attorneys for the United States*

Date:  January 5, 2023