# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MAGGIE LEWIS-BUTLER,<br>    Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>    Defendant. | Civil Action No. 18-2433 (CKK) |

## ORDER
(January 6, 2023)

In light of the Plaintiff's [42] Stipulation of Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 6th day of January, 2023, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　United States District Judge